```
RICHARD J. ALEXANDER-79698
LAW OFFICES OF RICHARD J. ALEXANDER
201 West Richmond Avenue, Suite 3
Pt. Richmond, CA  94801
510-232-9100

Attorney for Plaintiff
```

RECEIVED
JUN 2 8 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| RICHMOND BAY MARINA, LLC,<br><br>      Plaintiff,<br>vs.<br><br>THE VESSEL "RELAX", her engines, boats, tackle, apparel and furniture, No. 1037234,<br><br>      Defendant. | Case No. C13-2978 MEJ<br><br>IN ADMIRALTY<br><br>ORDER APPOINTING STEPHEN OROSZ, HARBORMASTER OF MARINA BAY YACHT HARBOR, AS SUBSTITE CUSTODIAN |

Upon review of Plaintiff's Application for appointment of a substitute custodian, and good cause appearing therefore:

IT IS HEREBY ORDERED that the United States Marshal for the Northern District of California be and is hereby authorized and directed to forthwith surrender possession of the vessel "Relax", Documentation Number 1037234 to Stephen Orosz, Harbormaster of Marina Bay Yacht Harbor, who is hereby appointed as custodian of said vessel and is authorized to, at his discretion or direction, to move said vessel and its engines, boats, tackle, apparel and furniture and to

ORDER APPOINTING STEPHEN OROSZ AS SUBSTITUTING CUSTODIAN - 1

retain said vessel in his custody at Marina Bay Yacht Harbor, Richmond, California, or such other place within the jurisdictional limits of this district as said substitute custodian determines, pursuant to said Warrant for Arrest, until further order of this court.

IT IS FURTHER ORDERED that plaintiff will cover all expenses of the substitute custodian, that all incurred expenses of the substitute custodian shall be considered "custodial egis" costs, and further that plaintiff shall hold harmless and indemnify the United States and the United States Marshal Service from any claims while the substitute custodian has possession.

IT IS FURTHER ORDERED that upon such surrender to the substitute custodian, the Marshal shall be discharged of his duties and from all liability and responsibilities for the safekeeping of said vessel.

Dated: July 2, 2013



UNITED STATES DISTRICT COURT JUDGE
Judge Maria-Elena James

ORDER APPOINTING STEPHEN OROSZ AS SUBSTITUTING CUSTODIAN - 2