```
RICHARD J. ALEXANDER-79698
LAW OFFICES OF RICHARD J. ALEXANDER
201 West Richmond Avenue, Suite 3
Pt. Richmond, CA  94801
510-232-9100

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| RICHARD BAY MARINA, LLC, | ) Case No.: C13-2978 MEJ |
| Plaintiff, | ) IN ADMIRALTY |
| vs. | ) [~~PROPOSED~~] ORDER TO ISSUE |
| THE VESSEL "RELAX", her engines, boats, tackle, apparel and furniture, No. 1037234, | ) WARRANT FOR ARREST OF VESSEL |
| Defendant. | ) |

A Complaint to Enforce a Maritime Lien having been filed on June 28, 2013, against the defendant vessel, "Relax", Documentation No. 1037234, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The Clerk of the United States District Court issue forthwith a Warrant for the Arrest of the Vessel "Relax", her engines, boats, tackle, apparel and furniture, Documentation No. //

//

//

ORDER TO ISSUE WARRANT - 1

1037234, which vessel is currently berthed at the Emeryville Marina, Slip C-14, at 3310 Powell Street, Emeryville, CA.

Dated: July 2, 2013



_____
UNITED STATES DISTRICT COURT JUDGE