UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RICHMOND BAY MARINA, LLC, | No. C 13-02978 MEJ |
| Plaintiff, | **ORDER VACATING OCTOBER 3, 2013 CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE VESSEL RELAX, | |
| Defendant. | |

This matter is set for an initial case management conference on October 3, 2013. Dkt. No. 2. On August 22, 2013, the Clerk entered default against the defendant vessel. Dkt. No. 18. Accordingly, the Court **VACATES** the case management conference.

**IT IS SO ORDERED.**

Dated: October 2, 2013

_____
Maria-Elena James
United States Magistrate Judge