UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RICHMOND BAY MARINA, LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br>THE VESSEL RELAX,<br><br>　　　　　Defendant.<br>_____/ | No. C 13-02978 MEJ<br><br>**ORDER VACATING OCTOBER 3, 2013 CASE MANAGEMENT CONFERENCE** |

This matter is set for an initial case management conference on October 3, 2013. Dkt. No. 2. On August 22, 2013, the Clerk entered default against the defendant vessel. Dkt. No. 18. Accordingly, the Court **VACATES** the case management conference.

**IT IS SO ORDERED.**

Dated: October 2, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge