1

2

3

4                   UNITED STATES  DISTRICT COURT

5                     Northern District of California

6

7   RICHMOND BAY MARINA, LLC,                    No. C 13-02978 MEJ

8                   Plaintiff,              **ORDER FOLLOWING NOVEMBER 7,**
                                            **2013 HEARING**
        v.
9
    THE VESSEL "RELAX",
10
                    Defendant.
11   _____/

12        Pending before the Court is Plaintiff Richmond Bay Marina, LLC's Motion for Default

13   Judgment (Dkt. No. 23).  No oppositions to the Motion have been filed and no interested party has

14   entered an appearance in this case.  On November 7, 2013, the Court held a hearing on the Motion.

15   At the hearing, the owner of the Defendant Vessel, Paul Kassatkin, appeared.  Mr. Kassatkin

16   indicated that he opposes the Motion for Default Judgment.  However, Mr. Kassatkin has not moved

17   to set aside entry of default pursuant to Federal Rule of Civil Procedure 55(c).  If Mr. Kassatkin

18   intends to defend this matter, he must move to set aside the default no later than **November 19, 2013**.

19   The Court therefore  **CONTINUES** hearing on Plaintiff's Motion until **November 21, 2013**, at 10:00

20   a.m. in Courtroom B.

21        With respect to Mr. Kassatkin's Request for Supervised Access to the Vessel to Remove

22   Personal Belongings (Dkt. No. 20), Plaintiff represented that the substitute custodian, Stephen Orosz,

23   will permit Mr. Kassatkin to go aboard the Vessel to recover personal items on November 8, 2013.  If

24   there is any dispute between Mr. Kassatkin and Mr. Orosz as to whether an item qualifies as personal,

25   as opposed being part of the Vessel, they shall make a list of those items and present the list to the

26   Court at the November 21, 2013 hearing, at which time the Court will rule as to whether Mr.

27   Kassatkin is allowed to recover those items.  In the interim, any disputed items shall remain on board

28   the Vessel.

UNITED STATES DISTRICT COURT
For the Northern District of California

1    The Court also advises Mr. Kassatkin that there are two additional resources available.  First,

2  he may wish to seek assistance from the Legal Help Center, located on the 15th Floor of the Federal

3  Building, 450 Golden Gate Avenue, San Francisco, California, in Room 2796, where he may sign up

4  for a free appointment with an attorney who may be able to provide basic legal help, but not legal

5  representation.  The telephone number for scheduling an appointment with the Legal Help Center is

6  (415) 782-8982.  Second, the San Francisco Bar Association operates a lawyer referral service which

7  may be helpful in securing pro bono counsel.

8        Plaintiff shall serve a copy of this Order on Mr. Kassatkin.

9        **IT IS SO ORDERED.**

10

11  Dated: November 7, 2013

12                                                    _____
                                                     Maria-Elena James
                                                     United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**