UNITED STATES DISTRICT COURT

Northern District of California

RICHMOND BAY MARINA, LLC,

        Plaintiff,

  v.

THE VESSEL "RELAX",

        Defendant.
_____/

No. C 13-02978 MEJ

**ORDER FOLLOWING NOVEMBER 7, 2013 HEARING**

    Pending before the Court is Plaintiff Richmond Bay Marina, LLC's Motion for Default Judgment (Dkt. No. 23). No oppositions to the Motion have been filed and no interested party has entered an appearance in this case. On November 7, 2013, the Court held a hearing on the Motion. At the hearing, the owner of the Defendant Vessel, Paul Kassatkin, appeared. Mr. Kassatkin indicated that he opposes the Motion for Default Judgment. However, Mr. Kassatkin has not moved to set aside entry of default pursuant to Federal Rule of Civil Procedure 55(c). If Mr. Kassatkin intends to defend this matter, he must move to set aside the default no later than **November 19, 2013**. The Court therefore **CONTINUES** hearing on Plaintiff's Motion until **November 21, 2013**, at 10:00 a.m. in Courtroom B.

    With respect to Mr. Kassatkin's Request for Supervised Access to the Vessel to Remove Personal Belongings (Dkt. No. 20), Plaintiff represented that the substitute custodian, Stephen Orosz, will permit Mr. Kassatkin to go aboard the Vessel to recover personal items on November 8, 2013. If there is any dispute between Mr. Kassatkin and Mr. Orosz as to whether an item qualifies as personal, as opposed being part of the Vessel, they shall make a list of those items and present the list to the Court at the November 21, 2013 hearing, at which time the Court will rule as to whether Mr. Kassatkin is allowed to recover those items. In the interim, any disputed items shall remain on board the Vessel.

The Court also advises Mr. Kassatkin that there are two additional resources available. First, he may wish to seek assistance from the Legal Help Center, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, in Room 2796, where he may sign up for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation. The telephone number for scheduling an appointment with the Legal Help Center is (415) 782-8982. Second, the San Francisco Bar Association operates a lawyer referral service which may be helpful in securing pro bono counsel.

Plaintiff shall serve a copy of this Order on Mr. Kassatkin.

**IT IS SO ORDERED.**

Dated: November 7, 2013

_____
Maria-Elena James
United States Magistrate Judge