AO 133  (Rev. 06/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Richmond Bay Marina, LLC | ) |
| v. | ) Case No.: C13-02978 MEJ |
| The vessel "RELAX", official no. 1037234 | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  12/19/2013  against  the vessel "RELAX",
                                                                    Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................................................... | $   400.00 |
| Fees for service of summons and subpoena .................................................................. | 340.45 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 0.00 |
| Fees and disbursements for printing ............................................................................. | 0.00 |
| Fees for witnesses *(itemize on page two)* .................................................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ............................................... | 0.00 |
| Docket fees under 28 U.S.C. 1923 ............................................................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ............................................................ | 0.00 |
| Compensation of court-appointed experts ..................................................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ...... | 0.00 |
| Other costs *(please itemize)* ..................................................................................... | 15,943.86 |
| **TOTAL** | **$ 16,684.31** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service          ☒ First class mail, postage prepaid
☐ Other:

s/ Attorney: *[signature]*

Name of Attorney: Richard J. Alexander

For:   Plaintiff, Richmond Bay Marina, LLC          Date:   1/3/2014
              *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court                          Deputy Clerk                          Date

Other costs (itemization)

1. Publication costs for:

    Notice of Action                         $ 95.76

    Notice of Sale of Vessel (projected)     441.60

2. Towing charge on 7/17/2013 to move arrested vessel from Emeryville Marina to Marina Bay, Richmond, CA by Vessel Assist:    1,500.00

3. Vessel storage charges from 7/17/2013 (date Of arrest) to date (171 days) at $31.50 per day:  5,386.50

4. Substitute custodian fee (171 days) at $50.00 Per day:    8,550.00

Subtotal other costs:    $ 15,943.86

Additional costs of USMS sale and USMS daily insurance charges to be provided by USMS.

Dated: 1/3/2014

_____
Richard J. Alexander
Attorney for Plaintiff

```
RICHARD J. ALEXANDER-79698
LAW OFFICES OF RICHARD J. ALEXANDER
201 West Richmond Avenue, Suite 3
Pt. Richmond, CA  94801
510-232-9100

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| RICHMOND BAY MARINA, LLC, | ) Case No.: C13-2978 MEJ |
| Plaintiff, | ) IN ADMIRALTY |
| vs. | ) Proof of Service of ORDER |
| THE VESSEL "RELAX", her engines, boats, tackle, apparel and furniture, No. 1037234, | ) GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST THE VESSEL "RELAX" |
| Defendant. | ) |

//
//
//
//
//
//
//
//
//
//

## PROOF OF SERVICE BY MAIL
### CCP SECTION 1013(a)

I, Katherine Alexander, declare as follows:

I am a citizen of the United States over the age of 18 years and not a party to this action. I am an employee of the Law Office of Richard J. Alexander located at 201 West Richmond Avenue, Suite 3, Pt. Richmond, CA. I am readily familiar with the processing of correspondence for mailing with the United States Postal Service.

The document(s) and name and address of the person served as shown on the envelope are set forth below.

On December 27, 2013 the envelope was sealed and placed for collection and mailing with the United States Postal Service located in Pt. Richmond, California on said date following ordinary business practice.

Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

DOCUMENTS MAILED: ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST THE VESSEL 'RELAX'

ADDRESSED TO: Paul Kassatkin
c/o Miller Washington & Kim, LLP
725 Washington Street
Suite 300
Oakland, CA  94607

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 27, 2013.

Katherine Alexander

# THE INTER-CITY EXPRESS

## ~SINCE 1909~

Mailing Address : 1109 OAK STREET STE 103, OAKLAND, CA 94607-4866
Telephone (510) 272-4747 / Fax (510) 465-1657
Visit us @ www.LegalAdstore.com

ALEXANDER, RICHARD
201 W. RICHMOND AVE STE 3
RICHMOND, CA  94801

## COPY OF NOTICE

| Notice Type: | CIV4 CIVIL PUBLICATION |
| --- | --- |
| Ad Description | C-13-02978 MEJ |

To the right is a copy of the notice you sent to us for publication in the THE INTER-CITY EXPRESS. Thank you for using our newspaper. Please read this notice carefully and call us with any corrections. The Proof of Publication will be filed with the County Clerk, if required, and mailed to you after the last date below. Publication date(s) for this notice is (are):

01/07/2014 , 01/08/2014 , 01/09/2014 , 01/14/2014 , 01/15/2014 , 01/16/2014

The charge(s) for this order is as follows. An invoice will be sent after the last date of publication. If you prepaid this order in full, you will not receive an invoice.

| Publication | $441.60 |
| --- | --- |
| Total | $441.60 |

OK# 2574380

**NOTICE OF SALE OF VESSEL BY U.S. MARSHAL**
Civ. Case No. C-13-02978 MEJ
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Richmond Bay Marina, LLC, Plaintiff
v.
The Vessel "Relax", her engines, boats, tackle,
apparel, and furniture, Official No. 1037234,
Defendant, In Rem
In Admiralty

On Tuesday, January 28, 2014, at 10:00 a.m., the vessel "Relax", a fiberglass sailing vessel, approximately 65 feet in length, Official No. 1037234, her engines, boats, tackle, apparel, and furniture, will be sold AS IS and WHERE IS, free of all mortgages, liens, and other encumbrances at a public auction sale pursuant to an Order issued from the U.S. District Court for the Northern District of California on December 19, 2013, and pursuant to Local Admiralty Rule 9-2. The sale will take place in the lobby of the U. S. District Courthouse located at 1301 Clay Street, Oakland, California.
Interested buyers will be allowed to preview the vessel on Wednesday, January 22, 2014 from 1:00 p.m. until 4:00 p.m. at the Richmond Marina, 1340 Marina Way South, Richmond, CA. Please contact the harbormaster's office at 510-236-1013 to schedule an appointment.
Immediately after the auction, the successful bidder must deposit the full purchase price, or a minimum deposit of 10% of the successful bid, with the U.S. Marshal by cash, certified check, or cashier's check. The balance, if any, must be paid to the U.S. Marshal in full by cash, certified check, or cashier's check before the sale is confirmed, and as set forth in Local Admiralty Rule 9-2.

DONALD M. O'KEEFE
United States Marshal
450 Golden Gate Avenue, 20th Floor
San Francisco, CA 94102
(415) 436-7649
1/7, 1/8, 1/9, 1/14, 1/15, 1/16/14
OK-2574380#

## Daily Journal Corporation

Serving your legal advertising needs throughout California.

| | |
| --- | --- |
| THE INTER-CITY EXPRESS, OAKLAND | (510) 272-4747 |
| BUSINESS JOURNAL, RIVERSIDE | (951) 784-0111 |
| DAILY COMMERCE, LOS ANGELES | (213) 229-5300 |
| LOS ANGELES DAILY JOURNAL, LOS ANGELES | (213) 229-5300 |
| ORANGE COUNTY REPORTER, SANTA ANA | (714) 543-2027 |
| SAN DIEGO COMMERCE, SAN DIEGO | (619) 232-3486 |
| SAN FRANCISCO DAILY JOURNAL, SAN FRANCISCO | (800) 640-4829 |
| SAN JOSE POST-RECORD, SAN JOSE | (408) 287-4866 |
| THE DAILY RECORDER, SACRAMENTO | (916) 444-2355 |


* A 0 0 0 0 0 3 3 0 0 9 6 4 *

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See*

| PLAINTIFF<br>RICHMOND BAY MARINA, LLC | COURT CASE NUMBER<br>C13-02978 MEJ |
|---|---|
| DEFENDANT<br>The vessel " RELAX", official number 1037234 | TYPE OF PROCESS<br>sale of vessel per court order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
the vessel "Relax" located at Richond Marina Bay
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1340 Marina Way South, Richmond, CA 94804

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Steve Orosz, Harbormaster, Richmond Marina Bay
c/o Richard J. Alexander, Attorney at Law
201 W. Richmond Ave., Ste. 3
Richmond, CA 94801

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Conduct sale of vessel pursuant to court Order of 12/18/2013 and local Admiralty Rules

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT
TELEPHONE NUMBER: 510-232-9100
DATE: 1/3/14

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | [ ] am [ ] pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80