1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

| | |
|---|---|
| RICHMOND BAY MARINA, LLC | No. C 13-02978 MEJ |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| THE VESSEL "RELAX", | |
| Defendant. | |
| _____/ | |

On December 19, 2013, the Court granted Plaintiff's Motion for Default Judgment against Defendant the Vessel "Relax."  Dkt. No. 31.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

Dated: January 8, 2014

_____
Maria-Elena James
United States Magistrate Judge