```
RICHARD J. ALEXANDER-79698
LAW OFFICES OF RICHARD J. ALEXANDER
201 West Richmond Avenue, Suite 3
Pt. Richmond, CA  94801
510-232-9100

Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| RICHMOND BAY MARINA, LLC, | ) Case No.: C13-2978 MEJ |
|  | ) |
| Plaintiff, | ) IN ADMIRALTY |
|  | ) |
| vs. | ) NOTICE OF SATISFACTION OF JUDGMENT |
| THE VESSEL "RELAX, her engines, boats, tackle, etc., No. 1037234, | ) AND AUTHORIZATION FOR RELEASE OF ) DEFENDANT VESSEL |
|  | ) |
|  | ) |
| Defendant. | ) |

    Plaintiff, RICHMOND BAY MARINA, LLC, a California Limited Liability Company, through its counsel, Richard J. Alexander, hereby notifies the court, pursuant to Fed. R. Civ. P. Supp. E(5)(C), that the entire money judgment in the within case has been paid; consequently, the vessel "RELAX" is no longer required for security and should be released by the U.S. Marshal's office forthwith and without further order of the court.

//

//

//

All costs and charges of the court and its officers have been paid in full. All costs of the U. S. Marshal have been paid in full.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 25, 2014

//ss//
RICHARD J. ALEXANDER
Attorney for Plaintiff



IT IS SO ORDERED: The Vessel "RELAX" is no longer required for security and the U.S. Marshal's Service shall release it forthwith.
Dated: 2/3/2014

**NOTICE OF SATISFACTION OF JUDGMENT AND AUTHORIZATION FOR RELEASE OF DEFENDANT VESSEL** - 2